In the Matter of the Petition of Patrick McCarthy, Insolvent.

On Appeal of Patrick McCarthy, Appellant, v. The People of the State of Illinois, Appellee.

Gen. No. 18,286.  (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. JOHN E. OWENS, Judge, presiding. Heard in this court at the March term, 1912. Affirmed. Opinion filed November 24, 1913.

## Statement of the Case.

Petition of Patrick McCarthy, an insolvent debtor, arrested at the suit of Andrew Wydra, against the People of the State of Illinois, to be released from the custody of the sheriff holding him on a writ of *capias ad satisfaciendum* issued on a judgment recovered in the Municipal Court of Chicago. From a judgment dismissing the petition, petitioner appeals.

George Remus, for appellant.

Thomas F. Swanson and Elwyn E. Long, for appellee.

Mr. Presiding Justice Baker delivered the opinion of the court.

### Abstract of the Decision.

Execution, § 305*—*when denial of release of insolvent cannot be reviewed.* Where on an appeal by an insolvent debtor, arrested under a writ of *capias ad satisfaciendum* from a judgment dismissing his petition to be released from arrest, the record only shows the filing of the petition, denial thereof, remand to the sheriff, dismissal of the petition and appeal therefrom, and does not contain a bill of exceptions, it cannot be determined whether it was error to hold that malice was of the gist of the action or to dismiss the petition.